In the Matter of the Will of GEORGE BLUMENTHAL, Deceased. MARY A. B. ROBERTSON et al., Appellants; MOUNT SINAI HOSPITAL OF THE CITY OF NEW YORK et al., Respondents.

Argued June 7, 1944; decided July 19, 1944.

*Henry Epstein, Wolfgang S. Schwabacher* and *Jack Perlman* for H. Walter Blumenthal and others, appellants.

*Frederick Sheffield* and *Henry C. Smith* for Mary A. B. Robertson, appellant.

*Paul O'Dwyer* for Mary Gregory, appellant.

*Jacob Florea,* special guardian for Ann Gilbert, an infant, appellant.

*Charles E. Hughes, Jr.,* and *Cornelius C. Webster* for Mount Sinai Hospital of the City of New York and others, respondents.

*Edward R. Finch, Leon Schaefler* and *Edward Kurland* for Fifth Avenue Bank of New York, as trustee, respondent.

*Thomas W. Kelly* for Henry Blumenthal and another, respondents.

*Laurence D. Kieran,* special guardian for Hans Lowenthal, an infant, respondent.

Order affirmed, with costs to all parties appearing separately, payable out of the estate. No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. LEHMAN, Ch. J., dissents only in respect to that part of the decree which provides that tax credits should not be apportioned solely to the donees, but should be deducted from the total amount of the Federal estate tax and apportioned to all of the persons sharing by any form of the transfer.